**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 05-7258**

_____

In Re:  CECIL EDWARD JACKSON,

                                        Petitioner.

_____

On Petition for Writ of Mandamus.  (CA-97-261)

_____

Submitted:  October 26, 2005          Decided:  November 21, 2005

_____

Before NIEMEYER and TRAXLER, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Petition denied by unpublished per curiam opinion.

_____

Cecil Edward Jackson, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Cecil Edward Jackson filed a petition for writ of mandamus alleging undue delay by the district court in ruling on his Fed. R. Civ. P. 60(b) motion. The district court ruled on the motion by order entered on September 30, 2005. Accordingly, the mandamus petition is now moot. Therefore, although we grant Jackson's motion to proceed in forma pauperis, we deny the petition for mandamus relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED